**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:24-CR-00212-RAH-KFP |
| | ) |
| | ) **NOTICE OF INTENT TO CHANGE PLEA** |
| vs. | ) |
| | ) |
| BRANDON GAGE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

COMES NOW the defendant Randall Broaden who has instructed the undersigned counsel, Wallace D. Mills, to notify this Court that he desires to change his previously entered plea in the above-reference case from not guilty to guilty.

Respectfully submitted,

/s/ Wallace D. Mills
Wallace D. Mills (MIL090)
Attorney for Defendant

Wallace D. Mills, P.C.
621 South Hull St.
Montgomery, AL 36104
(334) 219-9111
mills@wallacemills.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2024, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

J. Patrick Lamb
United States Attorney's Office
131 Clayton St.
Montgomery, AL 36104

James.lamb@usdoj.gov

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

                                               /s/ Wallace D. Mills
                                               OF COUNSEL